# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141037

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

MILFORD HOUSING, LLC,
             Plaintiff-Appellant,

v

                                        SC: 141037
                                        COA: 295113
                                        Oakland CC: 2009-102083-AS
VILLAGE OF MILFORD,
             Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the March 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010                                     
                                                                   Clerk

s0830